UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Allison Young v. Bayer Corporation, et al.* | No. 3:10-cv-20432-DRH-PMF |
| *Alyssa S. Britten v. Bayer Pharmaceuticals Corporation, et al.* | No. 3:09-cv-20025-DRH-PMF |
| *Karen Hartlove v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10202-DRH-PMF |
| *Amy Hohn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10115-DRH-PMF |
| *Erin Hutchinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10101-DRH-PMF |
| *Robin Luber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:15-yz-00222-DRH-PMF |
| *Jamie Machette v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10124-DRH-PMF |
| *Gizelle Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10340-DRH-PMF |
| *Janice Boahen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13054-DRH-PMF |
| *Anna Bounds v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10153-DRH-PMF |
| *Denise Brooks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10533-DRH-PMF |
| *Elizabeth Meier v. Bayer HealthCare* | No. 3:13-cv-10801-DRH-PMF |

*Pharmaceuticals Inc., et al.*

| | |
|---|---|
| *Julie Quintana v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10836-DRH-PMF |
| *Mary Sudberry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10805-DRH-PMF |
| *Jessica Myers, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12548-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by Judge David R. Herndon
Date: 2016.03.16 13:44:51 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

2